# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DEANDRE WALTON, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:24-cv-00298-SEP |
| ST. LOUIS CITY POLICE DEPARTMENT, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Before the Court is self-represented Plaintiff DeAndre Walton's undated letter to the Court received January 23, 2025, which the Court construes as a motion to amend his complaint. Doc. [11]. For the reasons set forth below, the motion is denied.

On April 30, 2024, the Court stayed and administratively closed this action pending final disposition of the criminal charges pending against Plaintiff in *State v. Walton*, Case No. 2222-CR00369-01 (22nd Jud. Cir. filed May 22, 2022). *See* Doc. [5]. Based on the Court's review of Missouri's docketing system, Plaintiff's underlying criminal matter is on appeal before the Missouri Court of Appeals for the Eastern District. *See State v. Walton*, No. ED112976 (Mo. Ct. App. filed Sept. 18, 2024). Because Plaintiff's underlying state court criminal matter has not been resolved, this action is still stayed and administratively closed. Therefore, the Court will deny without prejudice Plaintiff's motion to amend. Plaintiff may refile his motion, if necessary, after the final disposition of the underlying criminal matter against him in Missouri state court.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's undated letter to the Court received January 23, 2025, Doc. [11], which the Court construes as a motion to amend the complaint, is **DENIED without prejudice**.

Dated this 28th day of July, 2025.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE